# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| BENJAMIN SHADLEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:20-cv-44 |
| RALPH SCALA, JR. and<br>J&R SCHUGEL TRUCKING, INC., | ) |
| Defendants. | ) |

## **NOTICE OF REMOVAL**

Defendants, Ralph Scala, Jr. and J&R SCHUGEL TRUCKING, INC., ("defendants"), by counsel, and pursuant to 28 U.S.C. §1332, hereby files their Notice of Removal of the captioned matter to the United States District Court for the Northern District of Indiana, Hammond Division, from the Porter Superior Court, Crown Point, Indiana, and respectfully state as follows:

1. Defendants, Ralph Scala, Jr. and J&R SCHUGEL TRUCKING, INC. ("defendants") are Defendants in a personal injury action now pending in the Porter Superior Court under Cause No. 64D05-1912-CT-011417.

2. Plaintiff Benjamin Shadley filed his Complaint in the Porter Superior Court on or about December 5, 2019.

3. Counsel timely appeared for defendants on January 2, 2020 and moved for an extension to and including February 7, 2020 to answer the complaint; defendants timely filed their answer on January 31, 2020.

4. Plaintiff's Complaint is subject to removal on the grounds of diversity jurisdiction pursuant to 28 U.S.C. §1332.

5. Plaintiff Benjamin Shadley is a citizen of the State of Indiana.

6. Defendant, Ralph Scala, Jr. is a citizen of the State of New York.

7. Defendant, J&R Schugel Trucking, Inc., is a Minnesota corporation with its principal place of business in New Ulm, Minnesota; as a result, Defendant, J&R Schugel Trucking, Inc., is a citizen of the State of Minnesota.

8. Accordingly, the parties are citizens of different states pursuant to 28 U.S.C. §1332.

9. While Plaintiff's Complaint seeks an unspecified amount of damages, Plaintiff in his Response to Request to Admit received on January 8, 2020 denies that the total of Plaintiff's damages for which Plaintiff will seek compensation does not exceed $75,000 and denies that Plaintiff will not personally seek damages in excess of $75,000, exclusive of interest and costs. (Exhibit A.) Therefore, the amount in controversy exclusive of interest and costs is greater than $75,000, the jurisdictional threshold required by 28 U.S.C. §1332(a) and Defendants' removal to this Court is timely because it is within thirty (30) days of the date Plaintiff provided notice that the amount in controversy is in excess of $75,000.

10. Attached hereto as Exhibit B is a complete copy of the pleadings on file with the Porter Superior Court as of the date of this filing of this Notice of Removal.

11. Upon the filing of the Notice of Removal, Defendants will file notice in Porter Superior Court, Valparaiso, Indiana, that this action has been removed to this Honorable Court and that pursuant to 28 U.S.C. § 1446(d) no further

proceedings may be had therein until, and if, the case is remanded.  A copy of the notice to be filed in Porter Superior Court, Cause No. 64D05-1912-CT-011417 is attached as Exhibit C.

Respectfully submitted,

WHITTEN LAW OFFICE

/s/Michael T. Terwilliger
Michael T. Terwilliger/20398-64
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on February 3, 2020, I electronically served the foregoing to the following participants:

Gregory J. Sarkisian, Esq.
SARKISIAN SARKISIAN & ASSOCIATES PC
6165 Central Ave
Portage, IN  46368
Greg@sarklawfirm.com

/s/Michael T. Terwilliger
Michael T. Terwilliger

WHITTEN LAW OFFICE
450 Vale Park Road, Suite D
Valparaiso, IN  46385
PH:   219/531-6719
FX:   219/531-6471